UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAWN J. PRESTON,

    Plaintiff,

v.

LAKEWOOD POLICE DEPT. *et al*.,

    Defendants.

CASE NO. C08-5748RBL

REPORT AND RECOMMENDATION

Noted for July 17, 2009

    This matter comes before the court upon plaintiff's failure to provide the Clerk with the required copies of his complaint and service forms (summonses and U.S. Marshal's forms).

    On January 8, 2009, the court issued an order directing service of the Complaint, but only after Plaintiff provided the marshals forms and/or copies of the Complaint for each defendant to properly effect service in this matter. *See* Doc. 5. Plaintiff was directed to supply these documents by not later than February 20, 2009, and plaintiff was warned that without the appropriate service copies, the matter was subject to dismissal for failure to prosecute. *Id*.

    On March 30, 2009, Plaintiff filed a motion (Doc. 12), asking for an extension of time until June 9, 2009, to provide the service documents. The court subsequently granted the motion. Doc. 15. However, to date Plaintiff has not submitted the necessary documentation

REPORT AND
RECOMMENDATION - 1

to allow the clerk's office to prepare the matter to be served. This matter should be dismissed for lack of prosecution.

**CONCLUSION**

Based on the foregoing, the Court should dismiss plaintiff's claims and causes of action based on plaintiff's failure to properly prosecute the matter.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. See also Fed.R.Civ.P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on July 17, 2009, as noted in the caption.

DATED this 16th day of June, 2009.

J. Richard Creatura
United States Magistrate Judge

REPORT AND
RECOMMENDATION - 2