UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWN JAMES PRESTON,<br><br>                Plaintiff,<br><br>     v.<br><br>LAKEWOOD POLICE DEPARTMENT, *et al.*,<br><br>                Defendants. | CASE NO. C08-5748 RBL<br><br>ORDER |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiff's claims and causes of action are dismissed, and;

(3)     The Clerk is directed to send copies of this Order to the parties.

DATED this 22nd day of July, 2009.

                                                /s/ Ronald B. Leighton
                                                RONALD B. LEIGHTON
                                                UNITED STATES DISTRICT JUDGE