# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHAWN JAMES PRESTON

JUDGMENT IN A CIVIL CASE

v.

LAKEWOOD POLICE DEPARTMENT et al.,

CASE NUMBER: C08-5748RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   1.    The Court adopts the Report and Recommendation; and;

   2.    Plaintiff's claims and causes of action are dismissed.


_____July 22, 2009_____                      _____BRUCE RIFKIN_____
                                                                  Clerk


                                                 _____s/ Jennie L. Patton_____
                                                        Deputy Clerk